170 A.3d 303

STATE OF NEW JERSEY, PLAINTIFF–PETITIONER, v.
ROBERT L. EVANS, DEFENDANT–RESPONDENT.

June 29, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000489–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted; and it is further

ORDERED that the appellant may electronically serve and file a supplemental brief on or before August 28, 2017, and respondent may electronically serve and file a supplemental brief forty-five (45) days after the filing of appellant's supplemental submission, or, if appellant declines to file such a submission, on or before October 12, 2017.